# CONSOLIDATED RECOVERY GROUP, LLC

1835A South Centre City Parkway · Suite 402
Escondido · California 92025-6504

(760) 737-2250
Telecopier: (760) 737-2245
Outside California: (800) 738-9630
email: admin@consolidatedrecovery.com

August 10, 2015

Clerk – Bankruptcy Court
75 Spring Street SW, 1340
Atlanta, GA 30303

Re:   Case No. 12-22725 / Combs
      Claim No. 034
      **Address Change**

Dear Sir or Madam:

Please be advised that we have changed our mailing address from 425 West 5th Avenue, Suite 103, Escondido, CA 92025.

**To:**

**Consolidated Recovery Group, LLC**
**1835A S. Centre City Pkwy, Ste 402**
**Escondido, CA 92025**

Kindly update your files to reflect this change.  Thank you for your attention to this matter.

Sincerely,

Michael A. Burke
Managing Partner